SEALED

FILED
FEB 0 7 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. **22 CR 30 GKF** |
| **Plaintiff,** | <u>FILED UNDER SEAL</u> |
| v. | <u>INDICTMENT</u><br>[COUNT ONE: 18 U.S.C. §§ 1151 and 1153; 21 O.S. § 843.5(C) – Child Neglect in Indian Country; COUNTS TWO through FOUR: 18 U.S.C. § 1512(c)(1) – Tampering with Evidence by Corruptly Altering, Destroying, Mutilating, and Concealing Records and Other Objects] |
| **ASHTON NIKOEL MATTINGLY, a/k/a "Nikki Mattingly,"** | |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. §§ 1151 and 1153; 21 O.S. § 843.5(C)]

On or about January 4, 2021, within Indian Country in the Northern District of Oklahoma, the defendant, **ASHTON NIKOEL MATTINGLY**, a/k/a "Nikki Mattingly," an Indian, did willfully and maliciously fail and omit to provide Liam Johnson, a two-month-old Indian child, adequate nurturance, affection, food, clothing, shelter, sanitation, hygiene, medical care, and supervision, appropriate caretakers, special care, and protection from exposure to the use and possession of illegal drugs, all while **MATTINGLY** was responsible for the health, safety, and welfare of her two-month-old son, Liam Johnson.

All in violation of Title 18, United States Code, Sections 1151 and 1153; Title 21, Oklahoma Statutes, Section 843.5(C).

## COUNT TWO
## [18 U.S.C. § 1512(c)(1)]

On or about February 11, 2021, the defendant, **ASHTON NIKOEL MATTINGLY**, a/k/a "Nikki Mattingly," knowingly and corruptly altered, destroyed, mutilated, and concealed an object, and attempted to do so, with the intent to impair the object's integrity and availability for use in an official proceeding, in that **MATTINGLY** made a telephone call to C.M. instructing C.M. to go to **MATTINGLY's** residence and remove a white pill bottle with an orange cap so the pill bottle would be unavailable as evidence in the investigation into the death of **MATTINGLY's** two-month-old son, Liam Johnson.

All in violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT THREE
### [18 U.S.C. § 1512(c)(1)]

On or about February 11, 2021, in the Northern District of Oklahoma, the defendant, **ASHTON NIKOEL MATTINGLY**, knowingly and corruptly altered, destroyed, mutilated, and concealed a record, and attempted to do so, with the intent to impair the record's integrity and availability for use in an official proceeding, in that **MATTINGLY** instructed C.M. to change the password for the Snapchat account associated with the username "kinikkim23" so the record therein would be unavailable as evidence in the investigation into the death of **MATTINGLY's** two-month-old son, Liam Johnson.

All in violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT FOUR
### [18 U.S.C. § 1512(c)(1)]

On or about February 16, 2021, in the Northern District of Oklahoma, the defendant, **ASHTON NIKOEL MATTINGLY**, knowingly and corruptly altered, destroyed, mutilated, and concealed a record, and attempted to do so, with intent to impair the record's integrity and availability for use in an official proceeding, in that **MATTINGLY** instructed P.M. to report falsely to the service provider that **MATTINGLY's** cellular telephone was stolen and to request that the service provider disable access to the cellular telephone so the record therein would be unavailable as evidence in the investigation into the death of **MATTINGLY's** two-month-old son, Liam Johnson.

All in violation of Title 18, United States Code, Section 1512(c)(1).


CLINTON J. JOHNSON                                 A TRUE BILL
United States Attorney


_____                 _/s/ Grand Jury Foreperson_____
BEN TONKIN                                          Grand Jury Foreperson
Assistant United States Attorney