

**FILED**

JUL 26 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHTON NIKOEL MATTINGLY,<br>a/k/a "Nikki Mattingly,"<br><br>Defendant. | Case No. 22-CR-00030-GKF<br><br>INFORMATION<br>[COUNTS ONE through THREE:<br>18 U.S.C. § 1512(c)(1) – Tampering<br>with Evidence by Corruptly<br>Altering, Destroying, Mutilating,<br>and Concealing Records and Other<br>Objects] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. § 1512(c)(1)]

On or about February 11, 2021, the defendant, **ASHTON NIKOEL MATTINGLY**, a/k/a "Nikki Mattingly," knowingly and corruptly altered, destroyed, mutilated, and concealed an object, and attempted to do so, with the intent to impair the object's integrity and availability for use in an official proceeding, in that **MATTINGLY** made a telephone call to C.M. instructing C.M. to go to **MATTINGLY's** residence and remove a white pill bottle with an orange cap so the pill bottle would be unavailable as evidence in the investigation into **MATTINGLY's** possession, use, and distribution of controlled substances.

All in violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT TWO
## [18 U.S.C. § 1512(c)(1)]

On or about February 11, 2021, in the Northern District of Oklahoma, the defendant, **ASHTON NIKOEL MATTINGLY**, knowingly and corruptly altered, destroyed, mutilated, and concealed a record, and attempted to do so, with the intent to impair the record's integrity and availability for use in an official proceeding, in that **MATTINGLY** instructed C.M. to change the password for the Snapchat account associated with the username "kinikkim23" so the record therein would be unavailable as evidence in the investigation into **MATTINGLY's** possession, use, and distribution of controlled substances.

All in violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT THREE
**[18 U.S.C. § 1512(c)(1)]**

On or about February 16, 2021, in the Northern District of Oklahoma, the defendant, **ASHTON NIKOEL MATTINGLY**, knowingly and corruptly altered, destroyed, mutilated, and concealed a record, and attempted to do so, with intent to impair the record's integrity and availability for use in an official proceeding, in that **MATTINGLY** instructed P.M. to report falsely to the service provider that **MATTINGLY's** cellular telephone was stolen and to request that the service provider disable access to the cellular telephone so the record therein would be unavailable as evidence in the investigation into **MATTINGLY's** possession, use, and distribution of controlled substances.

All in violation of Title 18, United States Code, Section 1512(c)(1).

CLINTON J. JOHNSON
United States Attorney

_/s/ Ben Tonkin_

BEN TONKIN
Assistant United States Attorney